

09-CV-05610-ORD



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| IRMA REED,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC CYCLE INC. and<br>WAL-MART STORES, INC.,<br><br>Defendants. | No. C09-5610 RBL<br><br>[~~PROPOSED~~]<br>ORDER ON DEFENDANTS' JOINT<br>MOTION FOR LEAVE OF COURT RE:<br>SUBSTITUTION AND WITHDRAWAL<br>OF COUNSEL PURSUANT TO GR 2(g) |

This matter came before this court on the Defendants' Joint Motion For Leave of Court Re: Substitution and Withdrawal of Counsel Pursuant to GR 2(g). The court has considered the materials filed in support of this motion. For the reasons submitted in the materials filed by the defendants, the court finds good cause for the substitution and withdrawal of counsel as stated in the defendants' joint motion, and hereby Orders the Substitution of attorneys Kenneth M. Roessler and Roy A. Umlauf and the Withdrawal of attorney Phillip G. Grennan as counsel of record for defendant Wal-Mart Stores, Inc. As of

ORDER ON DEFENDANTS' JOINT MOTION FOR LEAVE OF COURT RE:
SUBSTITUTION & WITHDRAWAL OF COUNSEL PURSUANT TO GR 2(G)
PAGE 1
CAUSE NO. C09-5610 RBL
432780 / 1735.0004

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

the date of this Order, defendants Pacific Cycle, Inc. and Wal-Mart Stores, Inc. are represented by Kenneth M. Roessler and Roy A. Umlauf of Forsberg & Umlauf, P.S.

DATED this 28th day of October, 2009.

_____
Honorable Ronald B. Leighton
U.S. District Court Judge

Presented by:

FORSBERG & UMLAUF, P.S.

By: _____
Kenneth M. Roessler, WSBA #31886
Roy A. Umlauf, WSBA # 15437
Counsel for Defendant Pacific Cycle, Inc.
And Substituting in as Counsel for Def. Wal-Mart Stores, Inc.

Presented by:

LEE SMART, P.S., INC.

By: _____
Philip G. Grennan, WSBA #8127
Withdrawing Attorney for Defendant
Wal-Mart Stores, Inc.

ORDER ON DEFENDANTS' JOINT MOTION FOR LEAVE OF COURT RE:
SUBSTITUTION & WITHDRAWAL OF COUNSEL PURSUANT TO GR 2(G)
PAGE 2
CAUSE NO. C09-5610 RBL
432780 / 1735.0004

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX